AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

**FILED**
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

AUG 0 5 2020

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) |
|---|---|
| v. | ) |
| Billy Granger Jr | ) Case No. 20-MJ-1378 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2020__ in the county of __Lea__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Tony Rahlf, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/5/2020

_____
Judge's signature

City and state: Roswell, NM

Barbara Evans, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR NEW MEXICO

IN THE MATTER OF:
UNITED STATES

vs

BILLY GRANGER JR

Case No. 20-mj-1378

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Tony C. Rahlf, being first duly sworn, depose and state:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been employed in this capacity since May of 2016. I have received law enforcement training from the FBI Academy at Quantico, Virginia. I am currently assigned to the Albuquerque, New Mexico Division, Roswell Resident Agency (RRA) of the FBI, where I conduct a variety of investigations in the area of violent crimes. Additionally, I have previously served in an active duty capacity with the military at the United States Cyber Command, where I received extensive training and education on cyber matters, to include use of internet applications, such as email, to conduct illegal activity.

2. My responsibilities include the investigation of federal crimes, including threatening communications transmitted over interstate commerce. I am currently assigned to investigate Billy Granger Jr, whom it is believed sent an email containing a bomb threat to the work email address of an employee at Nor-Lea Hospital, 1600 N Main Street, Lovington, NM 88260.

3. On July 24, 2020 at approximately 12:08 am, an email was sent from the Gmail account "asurion911@gmail.com" to the email address "jordan.benard@nlgh.org," which belonged to Jordan Benard, Marketing Manager at Nor-Lea Hospital. The email had a subject line reading "313-393-8189 CALL IMMEDIATELY" and the body of the email read "Bomb Threat." The name ascribed to "asurion911@gmail.com" was displayed as "Billy G Granger Jr."

4. At approximately 8:15 am on the same day, Nor-Lea Hospital staff notified Lovington Police Department (LPD) of the incident. LPD officers arrived and conducted a sweep of the facility and did not find any bomb devices.

5. On the same day, LPD officers were then dispatched to locate Billy Granger Jr, who was known to reside in an RV camper parked at 305 W Tyler, Lovington, NM. LPD officers made contact with Granger, who upon seeing the officers immediately asked if he was going to jail. Granger was transported to LPD headquarters for further questioning. Granger was then interviewed by LPD detectives.

6. During the interview, Granger sent four separate emails from his personal cellular phone to the interviewing detectives. The emails came from "asurion911@gmail.com" with the associated name "Billy G Granger Jr." Granger asked detectives if they were questioning him regarding the "bomb threat" email. Granger then voluntarily showed the detectives the email on his cellular phone. Granger stated he sent the email because "they" were threatening him.

7. Information received from the Safety Security Officer at Nor-Lea Hospital showed that Granger has made threats to Nor-Lea staff in the past. Due to previous threats that Granger made to staff at the Nor-Lea Hospital, the hospital prohibited him from entering onto the Nor-Lea

campus. Nonetheless, Granger still attempts to make appointments at Nor-Lea and frequently shows up unexpectedly. Whenever Granger comes to the campus, he is escorted off the property by security staff.

8. Based on my training and experience, I know that Gmail is an internet-based email service provided by Google LLC. Emails sent through Gmail are routed through servers owned by Google LLC before reaching the intended recipient. Google LLC does not house any of its US-based servers within the state of New Mexico. An Email sent from a Gmail user in New Mexico will thus be routed to servers across state lines during its transmission. Furthermore, a New Mexico-based recipient of a Gmail message will have received the email from one of Google LLC's servers located across state lines.

9. Based on the above information, there is probable cause to believe that Billy Granger Jr transmitted via interstate communication a threat to injure the person of another, particularly those persons at Nor-Lea Hospital, 1600 N Main Street, Lovington, NM 88260, in violation of Title 18, United States Code, Section 875(c), interstate communications.

10. This affidavit has been reviewed and approved by Assistant United States Attorney Mark Saltman.

Tony C. Rahlf
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this 5th day of August, 2020

The Honorable Barbara Evans
United States Magistrate Judge

3